IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASHBY JOYNES )
 ) No. 3-11-1125
v. )
 )
WAL-MART, INC. )

O R D E R

The plaintiff's motion to amend complaint (Docket Entry No. 5) is GRANTED.

The Clerk is directed to file and docket the plaintiff's amended complaint (Docket Entry No. 5-1).[1]

The plaintiff's motion to continue initial case management conference (Docket Entry No. 6) is GRANTED.

The initial case management conference, scheduled on January 9, 2012, is RESCHEDULED to **Wednesday, February 1, 2012, at 12:00 noon,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the

---

[1] The plaintiff did not need to seek leave of Court to file an amended complaint since a responsive pleading has not yet been filed. See Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure.

parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

Counsel shall e-file the proposed order prior to the initial case management conference.

All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

Although the Court can infer the identity of defendant's counsel, no appearance on behalf of the defendant has been entered and the plaintiff did not specifically identify her. Therefore, plaintiff's counsel shall serve a copy of this order on counsel for the defendant and otherwise ensure that defendant's counsel is aware of the rescheduled initial case management conference.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge