IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASHBY JOYNES )
) No. 3-11-1125
v. )
)
WAL-MART STORES EAST, LP[1] )

O R D E R

On October 16, 2013, the parties filed a stipulation of dismissal with prejudice (Docket Entry No. 27). As a result, the telephone conference call, scheduled by order entered October 7, 2013 (Docket Entry No. 26), on October 16, 2013, is CANCELLED.

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED with prejudice and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered February 2, 2012 (Docket Entry No. 13), Wal-Mart Stores East, LP was substituted for defendant Wal-Mart, Inc.